# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **ERIC TIMOTHY WYNN, #33655-077,** § § | |
| Movant, § | |
| v.  § | Civil Action No. **3:14-CV-2142-L** |
| § | |
| **UNITED STATES OF AMERICA,** § § | |
| Respondent. § | |

## ORDER

Before the court is Movant Eric Timothy Wynn's ("Movant") *pro se* motion to vacate, set aside, or correct his federal sentence pursuant to 28 U.S.C. § 2255 (Doc. 2), filed June 11, 2014. The action was referred to Magistrate Judge David L. Horan for pretrial management, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on November 5, 2015, recommending that the court dismiss the action as barred by the statute of limitations. No objections to the Report were filed.

Having reviewed the file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct and **accepts** them as those of the court. Accordingly, the court **dismisses with prejudice** Movant's action as barred by the statute of limitation. Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, the court will enter judgment by separate document.

**It is so ordered** this 25th day of November, 2015.

Sam A. Lindsay
United States District Judge

Order – Solo Page